# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00348-CV

**Rehabilitation Management, Inc., Appellant**

**v.**

**Paragon Scientific Corporation, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. GN203978, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed an unopposed motion to dismiss their appeal advising that the parties have settled their dispute and appellant no longer desires to pursue this appeal.

The appeal is dismissed on motion of appellant.  Tex. R. App. P. 42.1(a)(1), (2).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed:   October 9, 2003